1  PAUL L. REIN, Esq. (SBN 43053)
   PATRICIA BARBOSA, Esq. (SBN 125865)
2  JULIE MCLEAN, Esq. (SBN 215202)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Dr., Suite A
   Oakland, CA 94612
4  (510) 832-5001

5  Attorney for Plaintiff:
   CHRISTINE BURKE, a minor, by her
6  *Guardian Ad Litem*, RANDY BURKE

7

8                  UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
9

10 CHRISTINE BURKE, a minor, by    CASE NO. CIV-S04-957 DFL/PAN
   her *Guardian Ad Litem,* RANDY
11 BURKE                           Civil Rights

12                                 **[PROPOSED] ORDER GRANTING
       Plaintiff,                  PLAINTIFF'S MOTION FOR APPROVAL
13                                 OF SETTLEMENT OF A MINOR'S
   v.                              CLAIMS**
14
   HEAVENLY VALLEY, LIMITED        Pursuant to Local Rule 17-202
15 PARTNERSHIP; VAIL RESORTS,
   INC.; VR HEAVENLY I, INC.;      Hearing:
16 and DOES 1 through 50,
   Inclusive,                      Date:  May 4, 2005
17                                 Time:  10:00 am
       Defendants.                 Place: U.S. District Courthouse
18                                        501 "I" Street
                                          Sacramento, CA
19                                 Judge: Hon. David F. Levi

20
   _____/
21

22        Plaintiff's Motion for Approval of Settlement of

23 Minor's Claims came on for hearing before this Court on May 4,

24 2005.

25        After considering the moving and opposition papers,

26 arguments of counsel and all other matters presented to the

27 Court, the Court finds that plaintiff's Motion for Approval of

28 Settlement of Minor's Claims, should be granted IT IS HEREBY

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

1    ORDERED THAT Plaintiff's Motion for Approval of Settlement of

2    Minor's Claims is GRANTED.

3

4    **IT IS SO ORDERED.**

5

6    Dated:  6/9/2005

7

8    _____
     DAVID F. LEVI

9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Plaintiff's Motion for
Settlement: Case No. CIV-S02-1881 DFL/PAN    — 2 —